# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | C.A. No. 17-1000-MN-MPT |
| NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC, and MACY'S INC., | : <br> : <br> : <br> : |
| Defendants. | : |

## NOTICE OF SERVICE

I, Denise S. Kraft, do hereby certify that on June 4, 2019, a copy of: **DEFENDANTS' SUPPLEMENTAL PRODUCTION BEARING BATES NUMBER ZOOM-0041727 – ZOOM-0042659,** was served via email on counsel of record listed below.

Adam W. Poff
Samatha G. Wilson
**Young, Conaway, Stargatt & Taylor LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801
apoff@ycst.com
swilson@ycst.com

Jamil N. Alibhai
William A. Munck
Jennifer D. Jasper
Sarah J. Lopano
**Munck Wilson Mandala, LLP**
600 Banner Place Tower
12770 Coit Road
Dallas, TX 75251
jalibhai@munckwilson.com
wmunck@munckwilson.com
jjasper@munckwilson.com
slopano@munckwilson.com

| | |
|---|---|
| Dated: June 5, 2019 | **DLA PIPER LLP (US)** |
| | |
| **Of Counsel**: | */s/ Denise S. Kraft* |
| | Denise S. Kraft (DE Bar No. 2778) |
| Andrew P. Valentine (admitted *Pro Hac Vice*) | Brian A. Biggs (DE Bar No. 5591) |
| Timothy Lohse (admitted *Pro Hac Vice*) | Erin E. Larson (DE Bar No. 6616) |
| Blake Jackson (admitted *Pro Hac Vice*) | 1201 North Market Street, Suite 2100 |
| Krista Celentano Grewal (admitted *Pro Hac Vice*) | Wilmington, DE  19801-1147 |
| **DLA Piper LLP (US)** | Telephone:  (302) 468-5700 |
| 2000 University Avenue | Facsimile:   (302) 394-2341 |
| East Palo Alto, CA  94303 | denise.kraft@dlapiper.com |
| Telephone:  (650) 833-2000 | brian.biggs@dlapiper.com |
| Facsimile:   (650) 833-2001 | erin.larson@dlapiper.com |
| andrew.valentine@dlapiper.com | |
| timothy.lohse@dlapiper.com | *Attorneys for Defendants NewZoom LLC, Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's, Inc.* |
| blake.jackson@dlapiper.com | |
| krista.grewal@dlapiper.com | |

*Attorneys for Defendants NewZoom LLC, Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's, Inc.*