IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 17-1000-MN |
| NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC and MACY'S, INC., | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Denise S. Kraft, Brian A. Biggs, Erin E. Larson, Andrew P. Valentine, Timothy Lohse, Blake Jackson, Krista Celentano Grewal and the law firm of DLA Piper LLP (US) hereby withdraw their appearance for Defendant NewZoom, LLC.

PLEASE TAKE FURTHER NOTICE that Kelly E. Farnan, Renée M. Mosley and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant NewZoom, LLC.

| | |
|---|---|
| /s/ Denise S. Kraft | /s/ Kelly E. Farnan |
| Denise S. Kraft (DE Bar No. 2778) | Kelly E. Farnan (#4395) |
| Brian A. Biggs (DE Bar No. 5591) | Renée M. Mosley (#6442) |
| Erin E. Larson (DE Bar No. 6616) | Richards, Layton & Finger, P.A. |
| DLA Piper LLP (US) | One Rodney Square |
| 120 North Market Street, Suite 2100 | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 468-5700 | (302) 651-7700 |
| denis.kraft@dlapiper.com | farnan@rlf.com |
| brian.biggs@dlapiper.com | mosley@rlf.com |
| erin.larson@dlapiper.com | |
| | *Appearing Counsel for Defendant NewZoom, LLC* |
| *Withdrawing Counsel for Defendant NewZoom, LLC* | |

Dated: June 5, 2019