# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 17-1000-MN |
| NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC and MACY'S, INC., | ) ) ) ) |
| Defendants. | ) ) |

## MOTION AND ORDER
## FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Benjamin L. Singer and Evan N. Budaj of Singer Cashman LLP to represent Defendant NewZoom, LLC in this matter.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Renée M. Mosley (#6442)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
mosley@rlf.com

Dated: June 5, 2019

*Attorneys for Defendant NewZoom, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California, New York, and Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Benjamin L. Singer
Singer Cashman LLP
601 Montgomery St.
Suite 1950
San Francisco, CA 94111

DATE:  June 4, 2019

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Evan N. Budaj
Singer Cashman LLP
601 Montgomery St.
Suite 1950
San Francisco, CA 94111

DATE:  June 4, 2019