**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )  C.A. No. 17-1000-MN |
| NEWZOOM, LLC, BEST BUY STORES, L.P., | ) |
| BENEFIT COSMETICS LLC and MACY'S, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Denise S. Kraft, Brian A. Biggs, Erin E. Larson, Andrew P. Valentine, Timothy Lohse, Blake Jackson, Krista Celentano Grewal and the law firm of DLA Piper LLP (US) hereby withdraw their appearance for Defendant Macy's, Inc.

PLEASE TAKE FURTHER NOTICE that Kelly E. Farnan, Renée M. Mosley and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant Macy's, Inc.

| | |
|---|---|
| */s/ Denise Seastone Kraft* | */s/ Kelly E. Farnan* |
| Denise Seastone Kraft (#2778) | Kelly E. Farnan (#4395) |
| Brian A. Biggs (#5591) | Renée M. Mosley (#6442) |
| Erin E. Larson (#6616) | Richards, Layton & Finger, P.A. |
| DLA Piper LLP (US) | One Rodney Square |
| 1201 North Market Street, Suite 2100 | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 468-5700 | (302) 651-7700 |
| denis.kraft@dlapiper.com | farnan@rlf.com |
| brian.biggs@dlapiper.com | mosley@rlf.com |
| erin.larson@dlapiper.com | |
| | |
| *Withdrawing Counsel for Defendant* | *Appearing Counsel for Defendant* |
| *Macy's, Inc.* | *Macy's, Inc.* |

Dated: July 26, 2019