# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 17-1000-MN |
| v. | : | |
| | : | |
| NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC, and MACY'S INC., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION AND ORDER
## TO AMEND SCHEDULING ORDER AND TO
## TAKE CERTAIN FACT DEPOSITIONS OUT OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the Amended Scheduling Order (D.I. 105) shall be amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Final invalidity contentions | October 10, 2019 | October 15, 2019, 10 p.m. EST (completed by agreement) |
| Deadline for parties to engage in mediation (either private or through the Court) | N/A | November 14, 2019 |
| Status Report | N/A | November 22, 2019 |
| Opening expert reports | November 5, 2019 | December 5, 2019 |
| Rebuttal expert reports on damages | December 5, 2019 | January 9, 2020 |
| Close of expert discovery | December 30, 2019 | January 28, 2020 |
| Case dispositive/*Daubert* | January 9, 2020 | February 7, 2020 |

| | | |
|---|---|---|
| motions/opening briefs due | | |
| Answering case dispositive/*Daubert* briefs due | January 30, 2020 | February 25, 2020 |
| Reply case dispositive/*Daubert* briefs due | February 13, 2020 | March 9, 2020 |
| Pretrial Order due | May 8, 2020 | Unchanged |
| Pretrial conference | June 10, 2020 at 4:30 ET | Unchanged |
| Trial | June 22, 2020 | Unchanged |

The parties further agree, subject to the approval of the Court, that the Amended Scheduling Order is amended so as to permit the fact depositions of Brad Tedder and Michael Fitzgerald to be taken after the October 11, 2019 close of fact discovery.

All other provisions of the Court's Amended Scheduling Order, as amended, remain unchanged.

Dated: October 18, 2019

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| /s/ *Samantha G. Wilson* | /s/ *Kelly E. Farnan* |
| Adam W. Poff (No. 3990) | Kelly E. Farnan (No. 4395) |
| Samantha G. Wilson (No. 5816) | Renée M. Mosley (No. 6442) |
| Rodney Square | One Rodney Square |
| 1000 North King Street | 920 North King Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 651-7700 |
| apoff@ycst.com | farnan@rlf.com |
| swilson@ycst.com | mosley@rlf.com |
| *Attorneys for Plaintiff/Counterclaim Defendant Crane Merchandising Systems, Inc.* | *Attorneys for Defendant/Counterclaim Plaintiff NewZoom LLC and for Defendants Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's Inc.* |

**SO ORDERED** this  21st  day of   October         , 2019.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge