**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CRANE MERCHANDISING SYSTEMS, INC.,

Plaintiff,

v.

NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC, and MACY'S INC.,

Defendants.

C.A. No. 17-1000-MN

**STIPULATION AND ORDER TO
AMEND SCHEDULING ORDER**

WHEREAS, due to a need to reschedule the parties' anticipated mediation to December 2019, the parties respectfully request a further extension to the case schedule, as set forth below and for the reasons set forth in their prior joint letter to the Court (D.I. 208).

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the Amended Scheduling Order (D.I. 209) shall be amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for parties to engage in mediation (either private or through the Court) | November 14, 2019 | December 20, 2019 |
| Status Report | November 22, 2019 | December 23, 2019 |
| Opening expert reports | December 5, 2019 | January 9, 2020 |
| Rebuttal expert reports | January 9, 2020 | February 11, 2020 |
| Close of expert discovery | January 28, 2020 | February 28, 2020 |

| ** ~~Case dispositive/~~*Daubert* motions/opening briefs due | February 7, 2020 | March 6, 2020 |
|---|---|---|
| ~~Answering case dispositive/~~*Daubert* briefs due | February 28, 2020 | March 20, 2020 |
| ~~Reply case dispositive/~~*Daubert* briefs due | March 13, 2020 | March 27, 2020 |
| Pretrial Order due | May 8, 2020 | May 15, 2020 |
| Pretrial conference | June 10, 2020 | Unchanged or at the convenience of the Court |
| Trial | June 22, 2020 | Unchanged or at the convenience of the Court |

All other provisions of the Court's Amended Scheduling Order, as amended, remain unchanged.

Dated: November 13, 2019

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Samantha G. Wilson*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff/Counterclaim Defendant Crane Merchandising Systems, Inc.*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Kelly E. Farnan*
Kelly E. Farnan (No. 4395)
Renée M. Mosley (No. 6442)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
mosley@rlf.com

*Attorneys for Defendant/Counterclaim Plaintiff NewZoom LLC and for Defendants Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's Inc.*

**SO ORDERED** this 13th day of November, 2019.

The Honorable Maryellen Noreika
United States District Judge

** IT IS HEREBY ORDERED that prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. Opening letter briefs shall be no longer than five (5) pages and shall be filed with the Court no earlier than March 6, 2020. Answering letter briefs shall be no longer than five (5) pages and shall be filed with the Court on or before March 13, 2020 [no later than seven (7) days after the filing of the opening letter brief]. No replies shall be filed. Unless the Court grants leave for additional letters to be filed, each side shall present all grounds on which it seeks permission to file for summary judgment in its single opening letter brief.