IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., | : : : : |
| Plaintiff, | : : C.A. No. 17-1000-MN |
| v. | : : |
| NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC, and MACY'S INC., | : : : : |
| Defendants. | : : |

**JOINT MOTION AND ORDER TO
EXTEND THE CASE SCHEDULE**

Crane Merchandising Systems, Inc. ("Crane"), and NewZoom, LLC ("NewZoom") have been working to resolve this case for months, and the Court has generously extended expert deadlines multiple times to accommodate negotiations. *See* D.I. 217, 220, and 224. The parties have been diligently pursuing settlement, including discussions between key business personnel at both Crane and NewZoom, and continue to do so. While a settlement agreement has not yet been reached, the parties' settlement discussions are ongoing in good faith, and both sides are committed to finding a resolution if possible. The parties now require an extension of the pretrial deadlines to allow settlement if possible or to resume litigation if not. This extension facilitates a realistic expert discovery and trial preparation schedule by proposing a continuation of the current trial date from June 2020 to October 2020. The parties do not anticipate any future requests to further continue the trial date.

WHEREFORE, the parties hereby jointly move, through their undersigned counsel and subject to the approval of the Court, that the Amended Scheduling Order (D.I. 224) shall be amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Response to § 101 motion | February 6, 2020 | April 7, 2020 |
| Opening expert reports | January 30, 2020 | April 15, 2020 |
| Reply to § 101 motion | February 20, 2020 | April 21, 2020 |
| Rebuttal expert reports | March 3, 2020 | May 20, 2020 |
| Close of expert discovery | March 27, 2020 | June 19, 2020 |
| Opening *Daubert* briefs due | March 31, 2020 | July 2, 2020 |
| Answering *Daubert* briefs due | April 21, 2020 | July 23, 2020 |
| Reply *Daubert* briefs due | May 5, 2020 | August 6, 2020 |
| Pretrial Order due | May 15, 2020 | August 13, 2020 |
| Pretrial conference | June 10, 2020 | September 25, 2020 at 2:00 p.m. |
| Trial | June 22, 2020 | October 5, 2020 |

All other provisions of the Court's scheduling order, as amended, remain unchanged.

Dated: January 29, 2020

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Samantha G. Wilson*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

**RICHARDS, LAYTON & FINGER, P.A.**

/s/  *Kelly E. Farnan*
Kelly E. Farnan (No. 4395)
Renée M. Mosley (No. 6442)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
mosley@rlf.com

| | |
|---|---|
| *Attorneys for Plaintiff/Counterclaim Defendant Crane Merchandising Systems, Inc.* | *Attorneys for Defendant/Counterclaim Plaintiff NewZoom LLC and for Defendants Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's Inc.* |

**SO ORDERED** this  30th  day of   January        , 20 20  .

_____
The Honorable Maryellen Noreika
United States District Judge

3