# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC, and MACY'S INC., <br><br> Defendants. | C.A. No. 17-1000-MN <br><br> REDACTED VERSION |

## JOINT STATUS REPORT

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** <br><br> Adam W. Poff (No. 3990) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> (302) 571-6600 <br> apoff@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Plaintiff/Counterclaim Defendant Crane Merchandising Systems, Inc.* | **RICHARDS, LAYTON & FINGER, P.A.** <br><br> Kelly E. Farnan (No. 4395) <br> Renée M. Delcollo (No. 6442) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> mosley@rlf.com <br><br> *Attorneys for Defendant/Counterclaim Plaintiff NewZoom LLC and for Defendants Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's Inc.* |

Dated: April 9, 2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., | : : : : | |
| Plaintiff, | : : | |
| | : | C.A. No. 17-1000-MN |
| v. | : : | |
| NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC, and MACY'S INC., | : : : : | |
| Defendants. | : : | |

## JOINT STATUS REPORT

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████ On March 19, 2020, the parties notified the Court that ████████████████████ D.I. 228. Pursuant to the parties' request, the Court stayed the case ███████████████████████████████████ and requested status reports every twenty-one days. Docket Text re: D.I. 228.

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████

Dated: April 9, 2020

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>apoff@ycst.com<br>swilson@ycst.com | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (No. 4395)<br>Renée M. Delcollo (No. 6442)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>mosley@rlf.com |
| *Attorneys for Plaintiff/Counterclaim Defendant Crane Merchandising Systems, Inc.* | *Attorneys for Defendant/Counterclaim Plaintiff NewZoom LLC and for Defendants Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's Inc.* |

26341298.1

2