IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC and MACY'S, INC., <br><br> Defendants. | C.A. No. 17-1000-MN <br><br> PUBLIC VERSION |

# JOINT STATUS REPORT

Dated: May 4, 2020

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| Adam W. Poff (No. 3990) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> (302) 571-6600 <br> apoff@ycst.com <br> swilson@ycst.com | Kelly E. Farnan (No. 4395) <br> Renée M. DelCollo (No. 6442) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> mosley@rlf.com |
| *Attorneys for Plaintiff/Counterclaim Defendant Crane Merchandising Systems, Inc.* | *Attorneys for Defendant/Counterclaim Plaintiff NewZoom LLC and for Defendants Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's Inc* |

25391201.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., | : : : : |
| Plaintiff, | : : C.A. No. 17-1000-MN |
| v. | : : |
| NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC, and MACY'S INC., | : : : : |
| Defendants. | : : |

## **JOINT STATUS REPORT**

On March 13, 2020, the assistant general counsel of Crane Co. (the parent company of Crane Merchandising Systems, Inc.) and the general counsel of Swyft Inc. (the parent company of NewZoom, LLC) agreed to a settlement via e-mail. On March 19, 2020, the parties notified the Court that they reached a settlement in principle. D.I. 228. Pursuant to the parties' request, the Court stayed the case to permit the parties the opportunity to finalize the settlement and requested status reports every twenty-one days. Docket Text re: D.I. 228.

Since March 26, counsel for the parties have exchanged comments and revisions on the proposed settlement agreement. The parties continue to make progress toward a final settlement agreement.

Dated: May 4, 2020

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| */s/ Samantha G. Wilson* | */s/ Kelly E. Farnan* |
| Adam W. Poff (No. 3990) | Kelly E. Farnan (No. 4395) |
| Samantha G. Wilson (No. 5816) | Renée M. Delcollo (No. 6442) |
| Rodney Square | One Rodney Square |
| 1000 North King Street | 920 North King Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 651-7700 |
| apoff@ycst.com | farnan@rlf.com |
| swilson@ycst.com | mosley@rlf.com |
| | |
| *Attorneys for Plaintiff/Counterclaim Defendant Crane Merchandising Systems, Inc.* | *Attorneys for Defendant/Counterclaim Plaintiff NewZoom LLC and for Defendants Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's Inc.* |