### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | : |  |
| CRANE MERCHANDISING SYSTEMS, INC., | : | |
|  | : | |
| Plaintiff, | : | |
|  | : | C.A. No. 17-1000-MN |
| v. | : | |
|  | : | |
| NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC, and MACY'S INC., | : | |
|  | : | |
|  | : | |
| Defendants. | : | |
|  | : | |

### JOINT STATUS REPORT

On March 13, 2020, the assistant general counsel of Crane Co. (the parent company of Crane Merchandising Systems, Inc.) and the general counsel of Swyft Inc. (the parent company of NewZoom, LLC) agreed to a settlement via e-mail. On March 19, 2020, the parties notified the Court that they reached a settlement in principle. D.I. 228. Pursuant to the parties' request, the Court stayed the case to permit the parties the opportunity to finalize the settlement and requested status reports every twenty-one days. Docket Text re: D.I. 228.

Since March 26, counsel for the parties have exchanged comments and revisions on the proposed settlement agreement. The parties continue to make progress toward a final settlement agreement and expect to finalize the settlement agreement before the next required status report.

Dated: May 29, 2020

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Samantha G. Wilson*

Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff/Counterclaim Defendant Crane Merchandising Systems, Inc.*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Kelly E. Farnan*

Kelly E. Farnan (No. 4395)
Renée M. Delcollo (No. 6442)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
mosley@rlf.com

*Attorneys for Defendant/Counterclaim Plaintiff NewZoom LLC and for Defendants Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's Inc.*

26568848.1

2