IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., | : : : : |
| Plaintiff, | : : C.A. No. 17-1000-MN |
| v. | : : |
| NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC, and MACY'S INC., | : : : : |
| Defendants. | : : |

## JOINT STATUS REPORT

On March 13, 2020, the assistant general counsel of Crane Co. (the parent company of Crane Merchandising Systems, Inc.) and the general counsel of Swyft Inc. (the parent company of NewZoom LLC) agreed to a settlement via e-mail. On March 19, 2020, the parties notified the Court that they reached a settlement in principle. D.I. 228. Pursuant to the parties' request, the Court stayed the case to permit the parties the opportunity to finalize the settlement and requested status reports every twenty-one days. Docket Text re: D.I. 228.

Since March 26, counsel for the parties have exchanged comments and revisions on the proposed settlement agreement. While the parties continue to make progress, there is one term in the proposed settlement agreement still being negotiated between Plaintiff and Defendant NewZoom LLC. Additionally, issues have arisen between Best Buy Stores, LP and NewZoom LLC that impact the settlement agreement. The parties need an additional week and will submit their next joint status report no later than June 26, 2020.

Dated: June 19, 2020

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Samantha G. Wilson* | */s/ Kelly E. Farnan* |
| Adam W. Poff (No. 3990) | Kelly E. Farnan (No. 4395) |
| Samantha G. Wilson (No. 5816) | Renée M. Delcollo (No. 6442) |
| Rodney Square | One Rodney Square |
| 1000 North King Street | 920 North King Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 651-7700 |
| apoff@ycst.com | farnan@rlf.com |
| swilson@ycst.com | mosley@rlf.com |
| *Attorneys for Plaintiff/Counterclaim Defendant Crane Merchandising Systems, Inc.* | *Attorneys for Defendant/Counterclaim Plaintiff NewZoom LLC and for Defendants Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's Inc.* |

26672431.1