# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRANE MERCHANDISING SYSTEMS, INC., | : <br> : <br> : |
| Plaintiff, | : <br> : C.A. No. 17-1000-MN |
| v. | : <br> : |
| NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC, and MACY'S INC., | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## **JOINT STATUS REPORT**

On March 13, 2020, the assistant general counsel of Crane Co. (the parent company of Crane Merchandising Systems, Inc.) and the general counsel of Swyft Inc. (the parent company of NewZoom LLC) agreed to a settlement via e-mail. On March 19, 2020, the parties notified the Court that they reached a settlement in principle. D.I. 228. Pursuant to the parties' request, the Court stayed the case to permit the parties the opportunity to finalize the settlement and requested status reports every twenty-one days. Docket Text re: D.I. 228.

Since March 26, counsel for the parties have exchanged comments and revisions on the proposed settlement agreement. The parties continue to discuss two remaining issues, one of which defendants raised today, and will submit their next joint status report on June 30, 2020.

Dated: June 26, 2020

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| <u>/s/ Samantha G. Wilson</u> | <u>/s/ Kelly E. Farnan</u> |
| Adam W. Poff (No. 3990) | Kelly E. Farnan (No. 4395) |
| Samantha G. Wilson (No. 5816) | Renée M. Delcollo (No. 6442) |
| Rodney Square | One Rodney Square |
| 1000 North King Street | 920 North King Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 651-7700 |
| apoff@ycst.com | farnan@rlf.com |
| swilson@ycst.com | mosley@rlf.com |
| *Attorneys for Plaintiff/Counterclaim Defendant Crane Merchandising Systems, Inc.* | *Attorneys for Defendant/Counterclaim Plaintiff NewZoom LLC and for Defendants Best Buy Stores, L.P., Benefit Cosmetics LLC and Macy's Inc.* |