IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CRANE MERCHANDISING SYSTEMS, INC.,**<br><br>     Plaintiff,<br><br>vs.<br><br>**NEWZOOM, LLC, BEST BUY STORES, L.P., BENEFIT COSMETICS LLC, and MACY'S, INC.,**<br><br>     Defendants. | C.A. No. 17-1000-MN |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Jamil N. Alibhai of Munck Wilson Mandala, LLP hereby withdraws as counsel for Plaintiff Crane Merchandising Systems, Inc. ("Plaintiff") in this action. Young Conaway Stargatt & Taylor, LLP, and Munck Wilson Mandala, LLP continue to represent Plaintiff.

Dated: September 10, 2020

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff Crane Merchandising Systems, Inc.*

1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on September 10, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Kelly E. Farnan
>Christine D. Haynes
>Renée M. Mosley
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 N. King Street
>Wilmington, DE 19801
>farnan@rlf.com
>haynes@rlf.com
>mosley@rlf.com
>
>*Attorneys for NewZoom, LLC, Best Buy Stores, L.P., Benefit Cosmetics LLC, and Macy's Inc.*

I further certify that on September 10, 2020, I caused a copy of the foregoing document to be served by e-mail on all counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Adam W. Poff*
>Adam W. Poff (No. 3990)
>Samantha G. Wilson (No. 5816)
>Rodney Square
>1000 North King Street
>Wilmington, Delaware 19801
>(302) 571-6600
>apoff@ycst.com
>swilson@ycst.com

Dated: September 10, 2020

*Attorneys for Plaintiff/Counterclaim Defendant Crane Merchandising Systems, Inc.*

23384816.1